494

KATHRYN R. LIBRA, Plaintiff-Appellant, v. A. L. LIBRA, Defendant-Respondent.

No. 11695.
Supreme Court of Montana.
June 24, 1969.
456 P.2d 308.

William Dee Morris, Helena, for plaintiff-appellant.
Ted James, Helena, for defendant-respondent.

PER CURIAM.

This is an original proceeding wherein plaintiff-appellant seeks a stay of execution, temporary restraining order, order to show cause, attorney's fees, other costs on appeal, and other relief.

The relief sought is denied and the petition is dismissed.

WILLIAM DEE MORRIS, Petitioner, v. MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY, and the Board of Railroad Commissioners, and the Public Service Commission of Montana, Defendants.

No. 11701.
Decided July 9, 1969.
456 P.2d 830.

PER CURIAM.

Original proceeding. Petition seeks the issuance of appropriate orders or writs to be directed to the defendants. Petitioner was heard ex parte and the request taken under advisement.

The Court now being fully advised, it is ordered that the relief requested is denied and the proceeding is dismissed.